# EXHIBIT A


131786179

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| THE STATE OF OHIO<br>Plaintiff | Case No: CR-20-654013-A<br><br>Judge: JOHN D SUTULA |
| JOHN BURKMAN<br>Defendant | INDICT: 2913.05 TELECOMMUNICATIONS FRAUD<br>3599.01 BRIBERY<br>2913.05 TELECOMMUNICATIONS FRAUD<br>ADDITIONAL COUNTS... |

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL BRIAN D JOSLYN. PROSECUTING ATTORNEY(S) JAMES GUTIERREZ PRESENT.
COURT REPORTER PRESENT.
DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.
DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO TELECOMMUNICATIONS FRAUD 2913.05 A F5 AS CHARGED IN COUNT(S) 15 OF THE INDICTMENT.
REMAINING COUNTS ARE NOLLED.
COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT.
ORIGINAL BOND CONTINUED.
STATE OF OHIO ORDERED TO NOTIFY VICTIM OF DATE & TIME OF SENTENCING.
SENTENCING SET FOR 11/29/2022 AT 12:00 PM.

10/24/2022
CPKAO 10/24/2022 15:39:42

_____
Judge Signature       Date

FILED
2022 OCT 25  P 3:31
CLERK OF COURTS
CUYAHOGA COUNTY

PVER
10/24/2022

Page 1 of 1


131843868

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
    Plaintiff

JACOB WOHL
    Defendant

Case No: CR-20-654013-B

Judge: JOHN D SUTULA

INDICT: 2913.05 TELECOMMUNICATIONS FRAUD
3599.01 BRIBERY
2913.05 TELECOMMUNICATIONS FRAUD
ADDITIONAL COUNTS...

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL MARK WIECZOREK. PROSECUTING ATTORNEY(S) JAMES GUTIERREZ PRESENT.
COURT REPORTER PRESENT.
DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.
DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO TELECOMMUNICATIONS FRAUD 2913.05 A F5 AS CHARGED IN COUNT(S) 15 OF THE INDICTMENT.
REMAINING COUNTS ARE NOLLED.
COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT.
ORIGINAL BOND CONTINUED.
SENTENCING SET FOR 11/29/2022 AT 12:00 PM.

10/24/2022
CPEDB 10/25/2022 13:46:48

_____
Judge Signature           Date



PVER
10/24/2022

Page 1 of 1

# PUBLICATIONS    FAQ    MEDIA    CONTACT

## How May We Help You?

**Dave Yost — Ohio Attorney General**

Media > News Releases > October 2022 > AG Yost's Statement on Jacob Wohl and Jack Burkman Pleading Guilty to Telecommunications Fraud

# News Releases

Search News Releases: [          ] [Search]

## AG Yost's Statement on Jacob Wohl and Jack Burkman Pleading Guilty to Telecommunications Fraud

10/24/2022

(COLUMBUS, Ohio) — Ohio Attorney General Dave Yost issued the following statement today on Jacob Wohl and Jack Burkman, both men pled guilty to felonious telecommunications fraud.

"Voter intimidation won't be tolerated in Ohio," Yost said. "My Robocall Enforcement Unit, along with BCI, assisted in the investigation and was able to partner with Prosecutor O'Malley to shut down these two people who were trying to commit voter intimidation."

On Oct. 13, 2020, Yost's Consumer Protection Section referred Wohl and Burkman to the Cuyahoga County Prosecuting Attorney Michael O'Malley for robocalls in Eastern Cuyahoga County designed to suppress voter turnout in minority neighborhoods.

See AG Yost addressing legal concerns regarding Ohio's voting process via a video press release.

MEDIA CONTACT:
Hannah Hundley: 614-906-9113

-30-



## Individuals & Families
- Consumers
- Military & Veterans
- Parents
- Seniors
- Tipster
- Victims
- Task Force on Criminal Justice and Mental Illness

## Business & Development
- Background Check
- Services for Bingo
- Collections
- Professional Solicitors & Fundraisers
- Services for Charities
- Services for Business

## Law Enforcement
- BCI
- Concealed Carry
- Missing Persons
- Ohio Law Enforcement Gateway
- OOCIC
- OPOTA
- Unsolved Homicides

## Legal Community
- Antitrust
- Ballot Initiatives
- Outside Counsel
- Prosecution
- Sunshine Laws

## State & Local Government
- The Mount Vernon Project: School of Public Service
- Formal Opinions
- Ohio School Threat Assessment Training
- Services for Schools
- OneOhio Notice

## About the AGO
- Dave Yost
- Administration
- Public Records Access
- Regional Offices
- Service Divisions

## Services
- Webcheck Locations
- File a Consumer Complaint
- File a Charitable Complaint
- Charitable Registration
- Tobacco Enforcement

## Training & Education
- Nonprofit Board Governance Webinars
- Ohio's Charitable Registration System Webinars
- OPOTA Courses
- Victim Service Provider Training

## Media
- Events
- News Releases
- Newsletters
- Reports
- Videos

## Career & Employee Resources
- AG Employee Portal
- myOhio.gov
- Diversity & Inclusion
- Job Opportunities

*Protecting the Unprotected*


Notice under the Americans with Disabilities Act   |   Privacy Statement   |   Ohio Checkbook

