# EXHIBIT D



# Predator DC

 **PredatorDC** | **9 ratings**

Sign up now to see weekly episodes of Predator DC. We are doing hard hitting investigative journalism to expose predators in the heart of our nation's capital. Jacob Wohl and Jack Burkman conduct hidden-camera sting operations to expose predators who work within the highest levels of the US Government.

**$10 a month** — **Monthly Subscription**
Sign up to watch weekly episodes of Predator DC, where Jacob Wohl and Jack Burkman find predators working in the highest levels of the US Government.

**$10+ a month** — **PRODUCER**
Support Predator DC by becoming a producer of the show today. For an Executive Producer credit, contribute $500 to our mission. To receive an

the US Government and political establishment and catch them red-handed.

To receive an Associate Executive Producer credit, chip in $300. All lower contributions anonymous/uncredited.

Wohl & Burkman's Predator DC

## Ratings

**4.9** (9 ratings)

| | | |
|---|---|---|
| 5 stars | | 89% |
| 4 stars | | 11% |
| 3 stars | | 0% |
| 2 stars | | 0% |
| 1 star | | 0% |

Powered by