### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Case No.: 1:24-cv-00181 |
| ) | |
| ) | |
| **JOHN M. BURKMAN JR.** ) | |
|     **(AKA JACK BURKMAN),** ) | |
| ) | |
| **JACOB WOHL, and** ) | |
| ) | |
| **JM BURKMAN & ASSOCIATES, LLC,** ) | |
| ) | |
|     **Defendants.** ) | |

### LINE TO THE COURT CLERK

Plaintiff, John Doe, through undersigned counsel, files this Line to update the Court Clerk that undersigned counsel has been advised that Defendants will be represented in this matter by the following counsel:

    Mark Cummings, Esq.
    Adam Collins, Esq.
    David Sher, Esq.
    Scher, Cummings, & Ellis
    3800 Fairfax Drive, Suite 7
    Arlington, VA 22203

We respectfully request that summons be issued to us for each of the Defendants, which we intend to serve via private process server.

Additionally, undersigned counsel is conferring with counsel for Defendants about a hearing date for Plaintiff's Motion for Leave to Proceed Under a Pseudonym or for Alternative

1

Relief and for Issuance of a Protective Order (ECF No. 2).  Undersigned counsel expects to submit a notice concerning same by February 21, 2024.

                Respectfully Submitted,

                /s/ *John B. Flood*

                _____
                John B. Flood, Of Counsel (VSB No. 79813)
                BERLIKLAW, LLC
                1818 Library Street, Suite 500
                Reston, Virginia  20190
                Tel: (703) 722-0588
                JFlood@berliklaw.com
                *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on February 20, 2024, I sent a copy of the foregoing to the persons listed below via electronic mail:

Mark Cummings, Esq.
Adam Collins, Esq.
David Sher, Esq.
Scher, Cummings, & Ellis
3800 Fairfax Drive, Suite 7
Arlington, VA 22203
(P) 703-525-1200
(F) 703-525-0067
*mcummings@sherandcummings.com*
*sher@sherandcummings.com*
*acollins@sherandcummings.com*
*legalassistant@sherandcummings.com*

                /s/ *John B. Flood*

                _____
                John B. Flood (VSB No. 79813)