**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

| | | | |
|---|---|---|---|
| John Doe | : | | |
|     *Plaintiff*, | : | | |
| | : | | |
| v. | : | Case No.: | 1:24-cv-00181-RDA-WBP |
| | : | | |
| John M. Burkman, | : | | |
| Jacob Wohl | : | | |
| JM Burkman & Associates, LLC | : | | |
|     *Defendants*. | : | | |

**DEFENDANTS' NOTICE OF EXHIBIT IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM**

COMES now Defendants, through undersigned counsel, and provides this Notice of Exhibit in support of Defendants' Opposition to Plaintiff's Motion for Leave to Proceed under a Pseudonym (ECF No. 17).

Exhibit 1 is a certified copy of an Order entered by Judge Rucker of the Arlington County General District Court on July 3, 2024 denying Plaintiff's motion to extend a previously entered protective order.[1][2] Exhibit 1 provides a recent update pertaining to a matter raised in Plaintiff's Memorandum in Support on the pseudonym issue. Specifically, Plaintiff states, "[w]hile a permanent protective order was issued by the Arlington (VA) General District Court in July 2022, which required Defendants to remove the video and any postings they had made about Plaintiff online, it is due to expire on July 6, 2024." (Pls.' Mem. Supp. 4, ECF 3.) On June 18, 2024, rather than let the protective order expire, Plaintiff instead filed a motion to extend it for another two (2) years.

---

[1] Plaintiff's name and case number have been redacted as the pseudonym issue remains pending before this Court.
[2] A single protective order was entered in July 2022 which applied to two (2) separate petitions filed by Plaintiff, one with Defendant John M. Burkman as respondent and another with Defendant Jacob Wohl as respondent.

1

On July 3, 2024, a *public* hearing on the merits was held in *open court* in the Arlington County General District Court.  As the sole witness, Plaintiff testified for over an hour.  At the conclusion of Plaintiff's testimony and counsel's argument, Judge Rucker ruled in Defendants' favor denying Plaintiff's motion resulting in expiration of the protective order on July 6, 2024.  Plaintiff, as Petitioner, used his proper name in the filings related to the petitions and publicly testified at two (2) hearings under his proper name.  Furthermore, Exhibit 1 is a publicly available court record.

    Respectfully submitted,

/s/   Mark D. Cummings
Mark D. Cummings (VSB No. 18271)
Adam M. Collins (VSB No. 95233)
**SHER, CUMMINGS & ELLIS**
3800 Fairfax Drive, Suite 7
Arlington, VA 22203
Ph: (703) 525-1200
F: (703)525-0067
E: mcummings@sherandcummings.com;
acollins@sherandcummings.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I filed the foregoing via CM/ECF and thereby served counsel of record.

By:   /s/ Mark D. Cummings
Mark D. Cummings (VSB No. 18271)
**SHER, CUMMINGS & ELLIS**

2