EXHIBIT
1

**MOTION TO AMEND OR REVIEW ORDER**
Commonwealth of Virginia

Case No. ▆▆▆▆▆▆▆▆

Arlington General District Court

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

1425 North Courthouse Rd. Ste. 2400; Arlington, VA 22201-2622
COURT ADDRESS

This motion is filed in connection with Case No. ▆▆▆▆▆▆▆▆

[ ] *In re* ............................................................
NAME OF CHILD

[X] ▆▆▆▆▆▆▆▆
PERSON FILING MOTION [ ] MOTHER [ ] FATHER [X] OTHER

v.

Burkman, John M. and Jacob Wohl
OTHER PARTY [X] MOTHER [ ] FATHER [ ] OTHER

c/o John Flood, Of Counsel, BerlikLaw, LLC
ADDRESS/LOCATION

c/o 1599 N Colonial Terrace
ADDRESS/LOCATION

1818 Library Street, Suite 500 Reston, VA 20190

Arlington, VA 22209

(703) 722-0588
TELEPHONE NUMBER

**See Attachment A
TELEPHONE NUMBER

I respectfully represent to the Court that an order dated ....................... 7/7/2022 ....................... was entered
DATE

by the [X] above-named Court [ ] ....................................................................................... Court.

That order states as follows:

The Respondent shall have no contact of any kind with the Petitioner directly, indirectly, or through 3rd parties, or by any electronic means or social media . . . The order shall remain in full force and effect until 07/06/2024.

REQUIREMENTS OF ORDER

[X] I request that the attached order be changed, amended, and/or modified as follows:

The order shall remain in full force and effect until 07/06/2026.

REQUESTED CHANGES, AMENDMENTS AND/OR MODIFICATIONS

ARLINGTON GENERAL DISTRICT COURT
I, the undersigned Clerk or Deputy Clerk of the above named court, authenticate pursuant to VA Code 8.01-391(C) on this date that the document to which this authenticfication is affixed is a true copy of record in the above named court, made in performance of my official duties.

[X] I request these changes for the following reason(s):

See Attachment A.

7.9.24
DATE

▆▆
Clerk/ Deputy Clerk

[ ] I request a hearing on the modifications of the above order proposed by the Department of Social Services and that the Court take whatever other action it deems necessary.

▆▆▆▆▆▆▆▆
PRINTED NAME OF PERSON FILING MOTION

6/17/2024
DATE

SIGNATURE OF PERSON FILING MOTION

FORM DC-630 FRONT 10/23

*Motion to Extend Protective orders in 1 Case*
*(1) Case # ▆▆▆▆▆▆ and*
*(2) ▆▆▆▆▆▆ is DENIED.* ▆ 7/8/24